No. 462. EL PUEBLO *v.* PATRÓN, JR.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Moción para que se desestime la apelación. Resuelto en octubre 11, 1912. Denegada la moción. Abogado del apelante: *Sr. Celestino Iriarte.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

—————

No. 454. EL PUEBLO *v.* BONELLI.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª Moción para que se desestime la apelación. Resuelto en octubre 11, 1912. Denegada la moción. Abogado del apelante: *Sr. Herminio Díaz Navarro.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

—————

No. 458. EL PUEBLO v. RAMOS ET AL.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en octubre 14, 1912. Confirmada la sentencia apelada. Los apelantes no comparecieron. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

—————

No. 459. EL PUEBLO *v.* CURET ET AL.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en octubre 14, 1912. Confirmada la sentencia apelada. La parte apelante no compareció. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

—————

No. 452. EL PUEBLO *v.* LUGO ET AL.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción del Fiscal para presentar en esta corte la denuncia original formulada contra los apelantes. Resuelto, en octubre 14, 1912. Con lugar la moción. Abogado de los apelantes: *Sr. Rafael López Landrón.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*